# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT_____

Regina Tate

915 Oak Street

Chattanooga, TN 37403

Name of plaintiff (s)

v.

Hamilton County Election Commission

700 River Terminal Road

Chattanooga, TN 37406

Name of defendant (s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

FILED

MAY 01 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Case No. _1:19-cv-127_

(to be assigned by Clerk)

Greer / Steger

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Title I of Americans with Disabilities Act of (1990), 42 U.S.C. § 1211, et seq
AS AMENDED

2. Plaintiff, Regina Tate _____ resides at

915 Oak Street _____, Chattanooga _____
street address                                                              city

Hamilton _____, TN _____, 37403 _____, 423-351-4284 _____.
county                    state              zip code              telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, <u>Hamilton County Election Commission</u> lives at, or its business is located at

<u>700 River Terminal Road</u>                              , <u>Chattanooga</u>                ,
    street address                                              city
<u>Hamilton</u>                    , <u>TN</u>              , _____ .
    county                                state                   zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Plaintiff provided the Defendant with documentation from plaintiff's medical provider

disclosing health information directly concerning the plaintiff's disability--making Defendant aware

of the Plaintiff's disability. In October 2015, the Defendent particpated in the interactive process

by providing the plaintiff with reasonable accomodations of leave and adjustments to work

hours and job duties. Plaintiff was subsequently subjected to disciplines, suspensions, and an

extended probationary period in retaliation for scheduled doctor appointments related to Plaintiff's

disability. In March 2016, Plaintiff was terminated after requesting another reasonable

accomodation for leave due to the Plaintiff's disability and after Plaintiff provided the

the additional documentation as requested by the Defendant. February 2019 Plaintiff received

Notice of Right to Sue from U.S. Department of Justice after the charge was referred by the

Equal Employment Opportunity Commisson. Concilation efforts by EEOC were unsucessful.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Employment restored

b. Compensatory damages (to include salary, overtime, and longevity pay, and PTO that would have accumulated but for termination)

c. Punitive damages to the extent allowable under the statute

d. Employer provided benefits restored and made retroactive (Health, Dental, Vision, long term disability, short term disability, and retirement).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _1st_ day of May , 20 19 .

_Regina y. Date_

915 Oak st. Chatt. Tn. 37403

(423) 351-4284

_____

Signature of plaintiff (s)

3