UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| REGINA TATE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-127-JRG-CHS |
| ) | |
| HAMILTON COUNTY ELECTION ) | |
| COMMISSION ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

### I. Introduction

Plaintiff Regina Tate, *pro se*, has filed an application to proceed *in forma pauperis* [Doc. 1] and an Amended Complaint [Doc. 11]. The Court finds that her Amended Complaint corrects the deficiencies of her original complaint and that her application to proceed *in forma pauperis* is meritorious. Therefore, the Court will recommend that her application to proceed in forma pauperis be **GRANTED**.

### II. Discussion

Plaintiff filed her application to proceed *in forma pauperis* and her complaint on May 5, 2019. Plaintiff alleged that the Hamilton County Election Commission failed to make reasonable accommodations for her disability and terminated her in violation of the American with Disabilities Act, 42 U.S.C. § 12112, *et seq*. Upon initial review of her complaint, the Court found that it failed to state a claim upon which relief could be granted because Plaintiff did not identity in her complaint her disability and the major life activity it limits. The Court recommended to the District Court that the complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(6). [Doc. 10]. While this Court's Report and Recommendation was pending for review by

the District Court, Plaintiff amended her complaint. The District Court then referred this matter again to the undersigned Magistrate Judge for a screening of the Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2) and for a report and recommendation.[1]

Plaintiff has amended her complaint to identify her disability as breast cancer which has limited major life activities such as breathing, thinking, eating, sleeping, walking and standing. The Court concludes Plaintiff has corrected the deficiencies in her complaint. [Doc. 11, Amended Complaint at 3]. The Court has also reviewed her application to proceed *in forma pauperis* and finds the application to be meritorious.

### III. Conclusion

For the reasons stated herein, it is **RECOMMENDED** that this action **NOT** be dismissed and that the application for *in forma pauperis* status be **GRANTED**.[2]

**ENTER.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

---

[1] The appropriate standard of review was stated in the first Report and Recommendation and is incorporated herein. *See* Doc. 7.

[2] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified constitutes a waiver of the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 88 L.Ed.2d 435, 106 S. Ct. 466 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).