UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| REGINA TATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-00127-JRG-CHS |
| | ) | |
| HAMILTON COUNTY ELECTION COMMISSION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Christopher H. Steger's Report and Recommendation [Doc. 12], in which Judge Steger recommends the Court allow Plaintiff to proceed with this case and grant Plaintiff's application to proceed *in forma pauperis* [Doc. 1]. The Court has received no objections to the report and recommendation, and the deadline for the filing of objections has now lapsed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having carefully reviewed the record, the Court agrees with Judge Steger's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, it is hereby **ORDERED** that Plaintiff's application to proceed *in forma pauperis* [Doc. 1] is **GRANTED**.

The Clerk of Court is **DIRECTED** to mail to Plaintiff a service packet (a blank summons and USM 285 form) for the named Defendant. Plaintiff is **ORDERED** to complete the service packet and return it to the Clerk's Office within twenty days of her receipt of this Order. The Clerk of Court will then sign and seal the summons and forward it to the United States Marshals

Service for service of process. Plaintiff's failure to timely complete and return the service packet will result in the dismissal of this case without further notice.

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE